UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ20-608 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ANNALISE SHARMEL MCGHEE, | ) | |
| Defendant. | ) | |

Offenses charged:    Supervised Release Violation

Date of Detention Hearing:   September 25, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    There is a presumption that a defendant charged with a violation of supervised release will be detained, pending resolution. Defendant has not effectively

DETENTION ORDER
PAGE -1

rebutted that presumption.

(2) She left the district of supervision without authority and has been absent for an extended period of time during which her whereabouts were unknown.

(3) Her medical condition warrants special care for her well-being while she is in custody; and the court has directed the U.S. Marshal and the U. S. Probation Office to convey information as to defendant's condition to the Bureau of Prisons. But her condition does not entitle her to release.

(4) The district with jurisdiction in defendant's case has more complete information about her, and has the authority to decide whether to continue her detention or to release her on appropriate conditions. This order is without prejudice to defendant's opportunity to apply to that court for her release.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of October, 2020.

*John Weinberg*

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER
PAGE -3